BONIN, J.,
Concurs with Written Reasons.
|]I respectfully concur in the result.
The WCJ reasonably found facts which amply support his conclusion that Mr. Negri, the claimant, had violated La. R.S. 23:1208 by willfully making one or more false statements or representations for the purpose of obtaining any benefit or payment under the provisions of the Workers Compensation Law. When the WCJ makes a determination of such violation, the claimant “shall ... forfeit any right to compensation benefits.” La. R.S. 23:1208 E; see also Resweber v. Haroil Construction Co., 94-2708 (La.9/5/95), 660 So.2d 7, 14-15.
Therefore, I concur in the result which affirms the judgment of the Office of Workers Compensation which had denied benefits to Mr. Negri.